UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WILLIAMS, *pro se*,

    Plaintiff(s),

v.                                        Case No: 8:10-CV-2303-T-30TBM

DAVEY TREE EXPERT COMPANY,

    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun, III (Dkt. #52) and the Objections (Dkt. #53) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #52) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2.    Plaintiff's construed Motion for Leave to Proceed on Appeal Without Prepayment of Fees/Costs (Dkt. #47) is DENIED.

    3.    This Court certifies that the appeal is not taken in good faith.

    4.    The Clerk of Court is directed to notify the Court of Appeals of the above.

**DONE** and **ORDERED** in Tampa, Florida on December 16, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2010\10-cv-2303.adopt 52.wpd